No. 96–9416. Traicoff v. Washington. Ct. App. Wash. Certiorari denied.

No. 96–9417. Watts v. West, Secretary of the Army, et al. C. A. 11th Cir. Certiorari denied.

No. 96–9418. Ries v. United States. C. A. 9th Cir. Certiorari denied.

No. 96–9419. Reddy v. Redlands Community Hospital et al. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–9421. Bazile v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 96–9423. Fuhr v. United States. C. A. 5th Cir. Certiorari denied.

No. 96–9424. Higa v. United States. C. A. 9th Cir. Certiorari denied.

No. 96–9425. Ellis v. Henry, Warden. C. A. 9th Cir. Certiorari denied.

No. 96–9426. Fanny v. New Jersey. Sup. Ct. N. J. Certiorari denied.

No. 96–9427. Guthrie v. Alabama. Sup. Ct. Ala. Certiorari denied.

No. 96–9428. Duckett v. Godinez, Warden, et al. C. A. 9th Cir. Certiorari denied.

No. 96–9429. Foster v. Champion, Warden, et al. C. A. 10th Cir. Certiorari denied.

No. 96–9430. Myers, aka Fields, aka Dudley v. United States. C. A. 3d Cir. Certiorari denied.

No. 96–9431. Mmahat v. United States. C. A. 5th Cir. Certiorari denied.

No. 96–9432. Mackey v. Dyke et al. C. A. 6th Cir. Certiorari denied.